# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 4:20-cr-00197-ALM-CAN-1 |
| DEFENDANT: Jeannie L. Swaim | TYPE OF PROCESS: Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeannie L. Swaim
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1597 CR 12500, Paris, TX 75462

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PHONE NUMBER: 4-872-4802
DATE: 8/4/20

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.  4.20cr197

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Jeannie Swaim ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jeannie L. Swaim
C. Date of Delivery: 8-10-2020
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Jeannie L. Swaim
1597 CR 12500
Paris, TX 75462

9590 9402 4519 8278 9166 19

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label):
7005 1160 0002 1988 5131

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 01
District of Origin No. B78
District to Serve No. B78

Signature of Authorized USMS Deputy or Clerk: TW
Date: 8.6.20

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/10/20   Time: 9:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: M. Parrish 3015

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0.00 | | | 8.00 | | $0.00 CFD |

REMARKS: Sent cert mail: 7005 1160 0002 1988 5131

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

JDIS ENTRY
DATE ENTERED: 8-6-20
INITIALS: TW
DATE CLOSED: 9/10/20
INITIALS:

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 11/13