# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DVISION

**DATE** 1/19/2021

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CASE NUMBER 4:20-CR-197 |
| JEANNIE L. SWAIM | |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Maureen Smith | Heath Hyde |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 11:57 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| 11:59 a.m. | The Court notes Defendant pled guilty to Count 1 of the Information charging her with Conspiracy to Commit Bank Fraud pursuant to an 11(c)(1)(c) plea agreement. |
| 11:59 a.m. | TOL: 22, CHC I, Count 1: 41-51 months imprisonment; Court hears from Defendant's counsel regarding why the Court should accept the 11(c)(1)(c) agreement. |
| 12:01 p.m. | Court hears argument from the Government. |
| 12:03 p.m. | Defendant allocuted. |
| | The Court accepts the 11(c)(1)(c) plea agreement. The sentence imposed for a total term of 24 months imprisonment on Count 1 of the Information. The Court recommends to the Bureau of Prisons that the defendant participate in the Inmate Financial Responsibility Program at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility Program. Defendant shall pay restitution totaling $410,675.18 to the victim listed in the PSR. Fine waived, interest waived, special assessment of $100. Supervised release for a term of 5 years. All mandatory and special conditions were referenced as outlined in the PSR. |
| 12:05 p.m. | Court will recommend the Defendant be designated to BOP Bryan or Fort Worth, Texas, if appropriate. |

| | |
|---|---|
| 12:06 p.m. | Rights of appeal addressed. |
| 12:07 p.m. | Defendant ordered to self-surrender on Friday, March 5, 2021 by 2pm. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*

Courtroom Deputy Clerk